UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADISON SPAHN,

                          Plaintiff,

        -against-                                    25-cv-2477 (LTS)

YONKERS CITY COURT,                                  CIVIL JUDGMENT

                          Defendant.

For the reasons stated in February 24, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:   March 2, 2026
          New York, New York

                                  /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                 Chief United States District Judge